IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANNIE STEPHEN COX
        Plaintiff,

vs.                                    3:06cv427/MCR/MD

PRISON HEALTH SERVICES, et al.
        Defendants.

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to voluntarily dismiss his case. (Doc. 4).  Apparently the complaint was filed by corrections officials before plaintiff had intended that it be filed.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to voluntarily dismiss his case (doc. 4) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 13th day of October, 2006.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).**